```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

    - V-

MARC HENRY JOHNSON,

       Defendant.

-------------------------------------------------------X

ORDER

16 CR 627 (JMF)

Upon the application of LOUIS M. FREEMAN, counsel for defendant MARC HENRY JOHNSON, IT IS HEREBY

ORDERED that, pretrial services for the Southern District of New York is directed to return defendant Marc Henry Johnson's passport to Louis M. Freeman, New York State Attorney Register No. 2316818.

DATED: New York, New York
        November 9 , 2017

_____
HON. JESSE M. FURMAN

The Clerk of Court is directed to terminate Docket No. 105.