# FREEMAN, NOOTER & GINSBERG
ATTORNEYS AT LAW

| | |
|---|---|
| LOUIS M. FREEMAN<br>THOMAS H. NOOTER<br>LEE A. GINSBERG<br>_____<br><br>NADJIA LIMANI<br>OF COUNSEL<br>_____<br>CHARLENE RAMOS<br>OFFICE MANAGER | 75 MAIDEN LANE<br>SUITE 503<br>NEW YORK, N.Y. 10038<br>_____<br><br>(212) 608-0808<br>TELECOPIER (212) 962-9696<br>E-MAIL: FNGLAW@AOL.COM<br>WWW.FNGLAW.COM |

January 17, 2020

Honorable Jesse M. Furman
United States District Judge
United States Court House
40 Foley Square
New York, NY 10007

**Re: United States v. Marc Henry Johnson**
**16 CR 627-2 (JMF)**

Dear Judge Furman:

Without objection from AUSA David Abromowicz and Supervised Release Probation Officer Peter Merrigan we write to request early termination of Marc Johnson's two year supervised release term which began on August 31, 2018 and will end on August 30, 2020.

Mr. Johnson has a perfect record of compliance while on supervised release. He served his time without incident, paid his fine and completed his community service.

Accordingly we request early termination of Mr. Johnson's supervised release.

Respectfully submitted,

/S/ Louis M. Freeman
Louis M. Freeman

Application GRANTED as unopposed. The Clerk of Court is directed to terminate Docket No. 112.

SO ORDERED.

*[signature]*

January 21, 2020

1